Brian A. Ertz (ISB No. 9960)
ERTZ LAW PLLC
P.O. Box 665
Boise, Idaho 83701
(208) 918-1663 (Telephone)
(208) 416-6665 (Fax)
brian@ertzlaw.org

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **SHELLI BOGGIE**, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>**CITY OF CALDWELL**, an Idaho Municipal corporation; **JAROM WAGONER**, Mayor of the City of Caldwell, individually and officially; and JOHN & JANE DOES 1-10,<br><br>    Defendants. | Case No. 1:25-cv-00085-BLW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW, the Plaintiff, SHELLI BOGGIE, by and through her counsel of record, Brian A. Ertz of Ertz Law, PLLC, and gives notice of the dismissal of this action with prejudice. This Notice is based on Federal Rule of Civil Procedure Rule 41(a) and the fact that Defendants have not appeared nor filed an Answer.

DATED this 15th day of March 2025.  ERTZ LAW, PLLC

                /s/Brian A. Ertz
                Brian A. Ertz
                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March 2025, I caused to be served a true and correct copy of the foregoing document to be served to the following parties via Electronic Mail (email):

Bruce J. Castleton ISB No. 6915
CASTLETON LAW PLLC
10400 Overland Road #238
Boise, ID 83709
Telephone No. (208) 629-4590
Facsimile No. (208) 509-4814
Email: bruce@castletonlegal.com
*Attorney for Defendants*

/s/Brian A. Ertz
Brian A. Ertz
*Attorney for Plaintiff*