UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHELLI BOGGIE, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF CALDWELL, an Idaho Municipal corporation; JAROM WAGONER, Mayor of the City of Caldwell, individually and officially; and JOHN and JANE DOES 1-10,<br><br>  Defendants. | Case No. 1:25-cv-00085-BLW<br><br>**ORDER RE: NOTICE OF DISMISSAL** |

Pursuant to the Notice of Voluntary Dismissal of this action pursuant to F.R.C.P. 41(a)(1)(A)(i), the above-captioned action is automatically terminated in its entirety with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (dismissal under Rule 41(a)(1)(A) is automatic, without court order). The Clerk is directed to close this case.

DATED: March 17, 2025

_____
B. Lynn Winmill
United States District Judge

**ORDER RE: NOTICE OF DISMISSAL - 1**